<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NICOLAS ROMERO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 25-12544 (GC)<br><br>**<u>MEMORANDUM & ORDER</u>** |

**THIS MATTER** comes before the Court on the *pro se* Petitioner's "Motion for Compassionate Release" pursuant to 18 U.S.C. § 3582 (§ 3582) which was docketed as a petition for writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1 ("Motion for Compassionate Release").) Petitioner is a federal prisoner currently incarcerated at FCI Fort Dix, Fort Dix MDL, New Jersey.

This Court lacks jurisdiction to address Petitioner's Motion for Compassionate Release. A motion seeking a reduction of sentence pursuant to § 3582 may only be filed in the Petitioner's underlying criminal matter in the court which sentenced him. *See, e.g.*, *United States v. Raia*, 954 F.3d 594, 595-96 (3d Cir. 2020); *Gregory v. Grondolsky*, 365 F. App'x 326, 327 (3d Cir. 2010) (per curiam). Petitioner was sentenced in the Southern District of Florida, *see* No. 0:22-cr-60133-RAR (S.D. Fla.). As this Court did not sentence Petitioner, his compassionate release claim is not properly before this Court. *See Raia*, 954 F.3d at 595-96.

Whenever a civil action is filed in a court that lacks jurisdiction over that action, "the court shall, if it is in the interest of justice, transfer such action . . . to any other such court . . . in which

the action . . . could have been brought at the time it was filed." 28 U.S.C. § 1631. The Court finds that it is in the interest of justice to transfer the Motion for Compassionate Release to the Southern District of Florida.

**IT IS**, therefore, on this 11th day of July, 2025, **ORDERED** as follows:

1. The Court lacks jurisdiction over the instant Motion for Compassionate Release (ECF No. 1) brought pursuant to 18 U.S.C. § 3582, which must be brought in the district where Petitioner was sentenced.

2. Pursuant to its authority under 28 U.S.C. § 1631, the Court directs the Clerk of the Court to **TRANSFER** this Motion for Compassionate Release to the Southern District of Florida.

3. The Clerk of the Court shall mark this matter as **CLOSED**.

4. The Clerk of the Court shall serve a copy of this Memorandum and Order upon Petitioner by regular U.S. mail.

_____
GEORGETTE CASTNER
United States District Judge